UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | )  CASE NO. 21CR02318-001-JLS |
| | ) |
| v. | )  O R D E R |
| | ) |
| Luis Esteban De La Torre | ) |
| | ) |
| Defendant. | ) |
| | ) |

Pursuant to a written request from the United States Probation Office, the sentencing date presently set for November 12, 2021, is vacated and reset to January 14, 2022, at 9 a.m.

If the defendant is on bond, defense counsel is to file an acknowledgment of the next court date by the defendant within a week of receipt of this order.

DATED:    10/28/2021

Janis L. Sammartino
Janis L. Sammartino
U.S. District Judge

cc: all counsel of record